## (February 24, 1948.)

JOHN BERTHA, Appellant, v. CITY OF NEW YORK, Respondent.—Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 812.]